UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-80518-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LENA D. COTTON and PROFESSIONAL
ACCOUNTING LDC, LLC,

    Defendants.
_____/

## ORDER CLOSING CASE

Pursuant to entry of Judgment, it is hereby **ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE this case** and **DENY all pending motions as MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 28 day of November, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies Furnished To:  All counsel of record