01/27/2021



To the honorable Judge Donald M. Middlebrooks:

 Hello, my name is Alissa Johansen. I have been a client of Lena Cotton who owns professional tax associates for many years. I was so sadden and shocked to hear the news that Lena's case did not go in her favor. I have known Lena for almost 9 years, she not only did my taxes, but she was a support on many levels.

 Though professional tax associates, is a place of business it also was a place of support for me. When my husband suddenly passed away in 2017, Lena was right there to mourn with me and assist in whatever way she could. She even stopped charging me due to my financial situation at the time. She always asked me for ALL supporting documentation for my taxes.

 I referred many people to Lena, and they all had the same experience. Every time my taxes were done there I was asked for all proof for my claims.

 I am hoping you may reconsider your decision. I have trusted Lena very much since I have known her, and she has never done anything to make my discernment change. She is professional, caring and honest.

Thank you for your time,

Alissa Johansen






**UNITED STATES POSTAL SERVICE®** | www.paypal.com

F | US POSTAGE
01/27/2021
From 33413
0 lbs 4 ozs
Zone 1 | Pitney Bowes
CommPrice
NO SURCHARGE | 026W0004897469

**USPS FIRST-CLASS PKG**

azazo269@gmail.com
597 caroline ave
West Palm Beach FL 33413-1222

0021

C028

JUDGE DONALD MIDDLEBROOKS
701 CLEMATIS STREET
ROOM 257
WEST PALM BEACH FL 33401-5113

Paul G. Rogers Federal building and us courthouse

**USPS TRACKING #**

9400 1282 0633 4215 7886 85

PayPal