IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 17-CV-80518-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs

LENA D. COTTON and PROFESSIONAL ACCOUNTING LDC, LLC.

    Defendants.
_____/

## MOTION FOR CLARIFICATION AND RECONSIDERATION

COMES NOW, LENA D. COTTON and PROFESSIONAL ACCOUNTING LDC, LLC., by and through their undersigned attorney and hereby files this her Motion for Clarification.

## CLARIFICATION

Lena D. Cotton is cognizant of the Court's finding of facts and conclusions of law and the Court's order contained therein. Lena Cotton respects this Court's order and wants to do everything possible to follow it and not violate it in anyway.

Lena D. Cotton is an "Enrolled Agent" by the Internal Revenue Service. In this position as an Enrolled agent Lena D. Cotton will meet with taxpayers and assist them in solving/complying with problems with the Internal Revenue Service. She will deal with tax resolution matters and correct tax payer's forms, as well as, dealing with the Internal Revenue Service in the representation of various clients. To that end the correcting taxpayers forms she would need to file amended returns for those tax payers. Lena D. Cotton wants to be sure that none of this activity would violate this Court's Order.

Further, Lena D. Cotton owns an accounting business. This business does book keeping and payroll records, as well as, road tax records for trucking companies. This company also prepares IRS Forms 940, 941, 1096, 1099, W-2 and other tax forms for various clients. Again Lena D. Cotton wants to make sure that preparing these forms for her clients does not violate this Court's Order.

## RECONSIDERATION

In order to act as an Enrolled agent Lena D. Cotton would be required to have both a valid EFIN number as well as a valid PTIN number. This Court's Order requires her to surrender to the Secretary of Treasury those two numbers. It is most respectfully requested that she be allowed to retain these credentials.

Respectfully submitted,

FRANK A. RUBINO, ESQUIRE
550 Biltmore Way
Suite 780
Coral Gables, FL 33134
(305) 858-5300
Fla. Bar No: 209171
frank@frankrubino.com

  (S) *Frank A. Rubino*
FRANK A. RUBINO, ESQUIRE

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via electronic filing using the CM/ECF system with the Clerk of the Court which sent e-mail notification of such filing to all CM/ECF participants in this case this 1st day of February, 2021.

  (S) *Frank A. Rubino*
FRANK A. RUBINO, ESQUIRE