IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
Case No. 9:17-cv-80518-MIDDLEBROOKS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LENA D. COTTON and | ) |
| PROFESSIONAL ACCOUNTING LDC, LLC, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## UNITED STATES' NOTICE OF FILING OF COSTS

Pursuant to the Court's order (ECF No. 156), the United States files the costs it incurred with its third motion for an order to show cause. The United States incurred $3,910.95 in costs, which are itemized below and supported by the attached invoices.

Transcript from 9/30/20 evidentiary hearing: $730.08 (Exhibit 1)

Transcripts from depositions: $2,460.87 (Exhibits 2–3)

Process server fees for service of document subpoenas: $640 (Exhibit 4)

Process server fees for service of deposition subpoena: $80 (Exhibit 5)

Date: February 4, 2021

                                                                            Respectfully Submitted,

                                                                            DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division

By: s/ Robert S. Silverblatt
ROBERT S. SILVERBLATT (#A5502257)
MARGARET S. SHOLIAN (#A5502491)
Trial Attorneys, Tax Division
U.S. Department of Justice

P.O. Box 14198
Washington, D.C. 20044
202-514-8682 (v)
202-514-4963 (f)
Robert.S.Silverblatt@usdoj.gov
Margaret.S.Sholian@usdoj.gov

Of Counsel:

ARIANA FAJARDO ORSHAN
United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been electronically filed this 4th day of February, 2021 with the Court via CM/ECF, which will serve a copy on all counsel of record.

s/ Robert S. Silverblatt
ROBERT S. SILVERBLATT
Trial Attorney