UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-80518-CV-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LENA D. COTTON, et al.,

    Defendants.
_____/

### ORDER ON MOTION FOR CLARIFICATION AND RECONSIDERATION

THIS CAUSE comes before the Court upon Defendants' Motion for Clarification and Reconsideration, filed on February 2, 2021. (DE 158). The Government responded in opposition on February 2, 2021. (DE 159). For the following reasons, the Motion is granted in part and denied in part.

On January 26, 2021, I permanently enjoined Defendants from, *inter alia*, directly or indirectly preparing or filing, assisting in the preparation or filing of, or directing the preparation or filing of federal tax returns, amended returns, or other tax-related documents or forms, including any electronically submitted tax returns or tax-related documents, for any entity or person other than themselves. (DE 156). I also required Defendants to surrender any preparer tax identification numbers and electronic filing identification numbers held by, assigned to, or used by them. (*Id.*).

In the present Motion, Defendants seek (1) clarification as to whether correcting or preparing tax-related forms and filing amended returns for taxpayers would violate this permanent injunction and (2) reconsideration of the requirement that Defendants surrender their preparer tax identification numbers and electronic filing identification numbers. (*See* DE 158 at 2).

Although I question whether clarification is even necessary, I will grant the request for clarification solely to reiterate that Defendants are enjoined from correcting or preparing tax-related forms and filing amended returns. Defendants' request for reconsideration is denied.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants' Motion for Clarification and Reconsideration (DE 158) is **GRANTED** for the sole purpose of reiterating the scope of the injunction, and in all other respects the Motion is **DENIED**.

**SIGNED** in Chambers at West Palm Beach, Florida, on this 4th day of February, 2021.

Donald M. Middlebrooks
United States District Judge

cc:   Counsel of Record